Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                    Case No.: 17−32114−VFP
                                    Chapter:  13
                                    Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   George J Droste
   aka George Robert Droste Jr., aka Geoarge
   Droste, aka George R Droste Jr., aka
   George R Droste, aka George Robert
   Droste
   19 Yale Terrace
   Belleville, NJ 07109

Social Security No.:
   xxx−xx−2572

Employer's Tax I.D. No.:

### NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 10/31/2017 and a confirmation hearing on such Plan has been scheduled for 12/21/2017.

The debtor filed a Modified Plan on 07/26/2018 and a confirmation hearing on the Modified Plan is scheduled for 9/6/2018 at 10:00 AM. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

    A full copy of the modified Plan will follow this notice.

Dated: July 27, 2018
JAN: dmc

                                                                                                    Jeanne Naughton
                                                                                                   Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 17-32114-VFP
George J Droste                                                       Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 2    Date Rcvd: Jul 27, 2018
                      Form ID: 186    Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2018.
```
db            +George J Droste,    19 Yale Terrace,    Belleville, NJ 07109-2103
517153591     +Barclays Bank Delaware,    100 S West St,    Wilmington, DE 19801-5015
517153592     +Barclays Bank Delaware,    Po Box 8803,    Wilmington, DE 19899-8803
517153595     +New Century Financial Service, Inc.,    Presler & Presler,    7 Entin Road,
                Parsippany, NJ 07054-5020
517153598     +Patricia Droste,    19 Yale Terrace,    Belleville, NJ 07109-2103
517195257     +SANTANDER CONSUMER USA,    P.O. Box 560284,    Dallas, TX 75356-0284
517153599     +Santander Consumer USA,    Po Box 961245,    Ft Worth, TX 76161-0244
517153603    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Motor Credit Co,    4 Gatehall Dr Ste 350,
                Parsippany, NJ 07054)
517344237     +Township of Belleville,    152 Washington Ave.,    Tax Dept.,    Belleville, New Jersey 07109-2589
517221918     +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
517153604     +WVUE 2015-1,    Att: McCabe, Weisberg & Conway, LLC,    216 Haddon Aven, Suite 201,
                Westmont, NJ 08108-2818
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jul 27 2018 23:53:40      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 27 2018 23:53:36      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
cr            +E-mail/PDF: gecsedi@recoverycorp.com Jul 28 2018 00:05:42
                Synchrony Bank, c/o PRA Recievables Management, LL,    POB 41021,    Norfolk, VA 23541-1021
517153593     +E-mail/PDF: creditonebknotifications@resurgent.com Jul 28 2018 00:06:20      Credit One Bank Na,
                Po Box 98873,    Las Vegas, NV 89193-8873
517153594     +E-mail/PDF: creditonebknotifications@resurgent.com Jul 28 2018 00:06:20      Credit One Bank Na,
                Po Box 98875,    Las Vegas, NV 89193-8875
517378138      E-mail/PDF: resurgentbknotifications@resurgent.com Jul 28 2018 00:05:45
                LVNV Funding, LLC its successors and assigns as,    assignee of MHC Receivables, LLC and,
                FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517153596     +E-mail/Text: bankruptcy@onlineis.com Jul 27 2018 23:54:18      Online Collections,    Po Box 1489,
                Winterville, NC 28590-1489
517293117      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 28 2018 00:06:14
                Portfolio Recovery Associates, LLC,    c/o Barclaycard,    POB 41067,    Norfolk VA 23541
517264647     +E-mail/PDF: gecsedi@recoverycorp.com Jul 28 2018 00:06:44      Synchrony Bank,
                c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517153601      E-mail/Text: bankruptcy@td.com Jul 27 2018 23:53:43      TD Bank, N.A.,    32 Chestnut Street,
                Lewiston, ME 04240
517153600      E-mail/Text: bankruptcy@td.com Jul 27 2018 23:53:43      TD Bank, N.A.,    Attn: Bankruptcy,
                32 Chestnut St,    Lewiston, ME 04243
                                                                                              TOTAL: 11
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517153597*    +Online Collections,    Pob 1489,    Winterville, NC 28590-1489
517153602*   ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Motor Credit Co,    Toyota Financial Services,    Po Box 8026,
                Cedar Rapids, IA 52408)
                                                                                TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2018                                    Signature:  /s/Joseph Speetjens

```
District/off: 0312-2          User: admin              Page 2 of 2                  Date Rcvd: Jul 27, 2018
                              Form ID: 186             Total Noticed: 22
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 27, 2018 at the address(es) listed below:
              Bruce H Levitt    on behalf of Debtor George J Droste blevitt@levittslafkes.com,
               sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Melissa S DiCerbo    on behalf of Creditor     WVUE 2015-1 nj-ecfmail@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```