# IACULLO MARTINO, LLC
## Attorneys at Law

| | | |
|---|---|---|
| ANTHONY J. IACULLO* <br> STEVEN J. MARTINO** | 247 Franklin Avenue <br> Nutley, New Jersey 07110 | ARTHUR S. HORN <br> OF COUNSEL |
| | (973)235-1550 <br> Facsimile – (973)661-1653 | |
| LYNNE M. MACHTEMES <br> JOSHUA H. REINITZ*** | www.Iacullomartino.com | Paralegals <br> Vincenza DeCesare <br> Dawn Pekar |

*Certified by the Supreme Court
 as a Criminal Trial Attorney
**Certified by the Supreme Court
 as a Matrimonial Law Attorney
*** Certified by the Supreme Court
 as a Municipal Law Attorney

**<u>Via ECF</u>**
October 5, 2018

Hon. Vincent F. Papalia
US Bankruptcy Court Judge
Martin Luther King Jr. Fed. Bldg.
50 Walnut Street
Newark, NJ 07102

    RE: **IN RE: GEORGE J. DROSTE
    CASE #17-32114-VFP**

Dear Judge Papalia

I represent the Township of Belleville in the above matter. I filed an objection to the debtor's Chapter 13 Plan on behalf of the Township of Belleville. On two occasions, September 6th and October 4th, I appeared for the confirmation hearing for the debtor's Chapter 13 Plan. Both times, I was advised by the Chapter 13 Trustee that the debtor's attorney, on each occasion, adjourned the case and advised the Chapter 13 Trustee that he had consent of all parties.

On neither occasion was I asked for my consent and on each occasion I had to appear unnecessarily only to find out that the case had been adjourned. Clearly, had the debtor been able to confirm his Chapter 13 case, the matter would not have been adjourned two months in a row. I hereby request that no further adjournments be granted to the debtor and the confirmation hearing go forward on November 1, 2018. Thank you.

Respectfully,

STEVEN J. MARTINO
SJM/dp
Cc: Bruce Levitt [Via ECF]
    Chapter 13 Trustee [Via ECF]