UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

LEVITT & SLAFKES, P.C.
515 Valley Street, Suite 140
Maplewood, NJ 07040
T: (973) 313-1200
E: blevitt@lsbankruptcylaw.com
BY: BRUCE H. LEVITT, ESQ. (BL9302)

Order Filed on January 16, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

George Droste,

         Debtor.

Case No.:   17-32114

Chapter:   13

Judge:   JKS

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: January 16, 2019**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Levitt & Slafkes, P.C._____, the applicant, is allowed a fee of $ _____400.00_____ for services rendered and expenses in the amount of $_____ for a total of $_____400.00_____ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the above fee.

*rev.8/1/15*