BRUCE H LEVITT
LEVITT & SLAFKES, P.C.
515 VALLEY STREET, SUITE 140
MAPLEWOOD, NJ  07040

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 12/31/2018
Chapter 13 Case # 17-32114

| Re: | GEORGE J DROSTE | Atty: | BRUCE H LEVITT |
| --- | --- | --- | --- |
| | 19 YALE TERRACE | | LEVITT & SLAFKES, P.C. |
| | BELLEVILLE,  NJ  07109 | | 515 VALLEY STREET, SUITE 140 |
| | | | MAPLEWOOD, NJ  07040 |

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $54,000.00**

## RECEIPTS AS OF 12/31/2018    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
| --- | --- | --- | --- | --- | --- |
| 11/14/2017 | $900.00 | 533408242 | 12/01/2017 | $900.00 | 4482524000  - |
| 01/03/2018 | $900.00 | 4565980000  - | 02/07/2018 | $900.00 | 4655930000  - |
| 03/05/2018 | $900.00 | 4725609000  - | 04/05/2018 | $900.00 | 4811306000 |
| 05/22/2018 | $900.00 | 4932432000 | 06/21/2018 | $900.00 | 5008839000 |
| 07/16/2018 | $900.00 | 5071222000 | 08/16/2018 | $900.00 | 5158025000 |
| 09/21/2018 | $900.00 | 5248890000 | 10/29/2018 | $900.00 | 5344257000 |
| 11/20/2018 | $900.00 | 5404947000 | 12/12/2018 | $900.00 | 5462493000 |

**Total Receipts: $12,600.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $12,600.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 12/31/2018    (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
| --- | --- | --- | --- | --- | --- | --- | --- |
| TOWNSHIP OF BELLEVILLE | | | | | | | |
| | 11/19/2018 | $893.69 | 814,670 | | 12/17/2018 | $94.50 | 816,574 |
| WVUE 2015 1 | | | | | | | |
| | 11/19/2018 | $7,132.41 | 813,474 | | 12/17/2018 | $754.20 | 815,345 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
| --- | --- | --- | --- | --- | --- | --- |
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 719.10 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 1,760.00 | 100.00% | 1,360.00 | 400.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | BARCLAYS BANK DELAWARE | UNSECURED | 0.00 | * | 0.00 | |
| 0003 | CREDIT ONE BANK NA | UNSECURED | 0.00 | * | 0.00 | |
| 0005 | NEW CENTURY FINANCIAL SERVICE, INC | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | ONLINE COLLECTIONS | UNSECURED | 0.00 | * | 0.00 | |
| 0009 | SANTANDER CONSUMER USA INC. | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0011 | TD BANK, N.A. | UNSECURED | 0.00 | * | 0.00 | |
| 0013 | TOYOTA MOTOR CREDIT CORPORATION | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0015 | WVUE 2015 1 | MORTGAGE ARRE | 35,764.62 | 100.00% | 9,039.55 | |
| 0017 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,217.77 | * | 0.00 | |
| 0018 | ONLINE COLLECTIONS | UNSECURED | 0.00 | * | 0.00 | |

**Chapter 13 Case # 17-32114**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---:|:---:|---:|---|
| 0019 | ONLINE COLLECTIONS | UNSECURED | 0.00 | * | 0.00 | |
| 0020 | TOWNSHIP OF BELLEVILLE | SECURED | 4,481.33 | 100.00% | 1,132.65 | |
| 0021 | LVNV FUNDING LLC | UNSECURED | 578.70 | * | 0.00 | |

**Total Paid:  $12,251.30**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 18, 2019.

Receipts: $12,600.00       -       Paid to Claims: $10,172.20       -       Admin Costs Paid: $2,079.10       =       Funds on Hand: $1,248.70

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.