**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Chapter:    13
Case No:    1732114

In re:    GEORGE J DROSTE

Account Number:  2903

**WITHDRAWAL OF PROOF OF CLAIM**

COMES NOW, Portfolio Recovery Associates, LLC by PRA Receivables Management, LLC agent. Pursuant to the Federal Rule of Bankruptcy Procedure 3006, withdraws its proof(s) of claim 3 filed on or about 01/24/2018 in the amount of $1,217.77 .

On this 2/7/2019.

By:   /s/ George S. Grammer
        George S. Grammer, Bankruptcy Representative
        PRA Receivables Management, LLC.
        POB 41067
        Norfolk, VA 23541
        E-mail: Bankruptcy_Info@portfoliorecovery.com