| |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>**Chapter 13 Standing Trustee** | |
| IN RE:<br><br>GEORGE J DROSTE | Case No.: 17-32114<br><br>Adv. No.:<br><br>Hearing Date: 06/20/2019<br><br>Judge: VFP |

## CERTIFICATION OF SERVICE

1. I, Jeannine VanSant, am an administrator for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the   above captioned matter.

2. On, 05/01/2019, I sent a copy of the following pleadings and/or documents to the parties listed below:

   **Notice of Motion to Dismiss**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtor:
GEORGE J DROSTE
19 YALE TERRACE
BELLEVILLE, NJ  07109
Mode of Service:  Regular Mail

Attorney for Debtor(s):
BRUCE H LEVITT
LEVITT & SLAFKES, P.C.
515 VALLEY STREET, SUITE 140
MAPLEWOOD, NJ  07040
Mode of Service:  Regular Mail

Dated:  May 01, 2019

By:   /S/  Jeannine VanSant
Jeannine VanSant