

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Marie-Ann Greenberg, MAG-1284**<br>**Marie-Ann Greenberg, Standing Trustee**<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ  07004-1550**<br>**973-227-2840**<br>**Chapter 13 Standing Trustee** | Order Filed on June 28, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br><br>   GEORGE J DROSTE | Case No.:  17-32114 VFP<br><br>Hearing Date:  6/20/2019 |

### ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: June 28, 2019**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Debtor(s):  GEORGE J DROSTE

Case No.:  17-32114

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 06/20/2019 on notice to BRUCE H LEVITT, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) are to pay $689.00 to the Trustee's office by 6/1/2019 or the case will be dismissed; and it is further

- ORDERED, that the Debtor(s) are to pay $689.00 to the Trustee's office by 7/1/2019 or the case will be dismissed; and it is further

- ORDERED, that the Debtor(s) are to pay $689.00 to the Trustee's office by 8/1/2019 or the case will be dismissed; and it is further

- ORDERED, that the Debtor(s) are to resume payments to the Trustee's office in the amount of $900.00 starting on 6/1/2019 for 41 month(s); and it is further