BRUCE H LEVITT
LEVITT & SLAFKES, P.C.
515 VALLEY STREET, SUITE 140
MAPLEWOOD, NJ  07040

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2020**
Chapter 13 Case # 17-32114

Re:   GEORGE J DROSTE
      19 YALE TERRACE
      BELLEVILLE, NJ  07109

Atty:   BRUCE H LEVITT
        LEVITT & SLAFKES, P.C.
        515 VALLEY STREET, SUITE 140
        MAPLEWOOD, NJ  07040

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $57,567.00**

## RECEIPTS AS OF 01/15/2020  (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 11/14/2017 | $900.00 | 533408242 | 12/01/2017 | $900.00 | 4482524000 - |
| 01/03/2018 | $900.00 | 4565980000 - | 02/07/2018 | $900.00 | 4655930000 - |
| 03/05/2018 | $900.00 | 4725609000 - | 04/05/2018 | $900.00 | 4811306000 |
| 05/22/2018 | $900.00 | 4932432000 | 06/21/2018 | $900.00 | 5008839000 |
| 07/16/2018 | $900.00 | 5071222000 | 08/16/2018 | $900.00 | 5158025000 |
| 09/21/2018 | $900.00 | 5248890000 | 10/29/2018 | $900.00 | 5344257000 |
| 11/20/2018 | $900.00 | 5404947000 | 12/12/2018 | $900.00 | 5462493000 |
| 01/07/2019 | $900.00 | 5527127000 | 02/20/2019 | $900.00 | 5635796000 |
| 03/14/2019 | $900.00 | 5700531000 | 04/23/2019 | $900.00 | 5800994000 |
| 05/22/2019 | $900.00 | 5878392000 | 05/22/2019 | $1,500.00 | 5879093000 |
| 06/17/2019 | $1,000.00 | 5943699000 | 07/16/2019 | $1,589.00 | 6018630000 |
| 08/30/2019 | $1,589.00 | 6133566000 | 10/16/2019 | $1,500.00 | 6257045000 |
| 11/12/2019 | $900.00 | 6323997000 | | | |

**Total Receipts: $25,178.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan: $25,178.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2020  (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| TOWNSHIP OF BELLEVILLE | | | | | | |
| | 11/19/2018 | $893.69 | 814,670 | 12/17/2018 | $94.50 | 816,574 |
| | 01/14/2019 | $144.46 | 818,502 | 02/11/2019 | $94.50 | 820,410 |
| | 04/15/2019 | $189.00 | 824,425 | 06/17/2019 | $94.50 | 828,378 |
| | 07/15/2019 | $256.55 | 830,240 | 08/19/2019 | $276.75 | 832,304 |
| | 10/21/2019 | $169.86 | 836,355 | 11/18/2019 | $158.34 | 838,363 |
| | 12/16/2019 | $95.00 | 840,237 | | | |
| WVUE 2015 1 | | | | | | |
| | 11/19/2018 | $7,132.41 | 813,474 | 12/17/2018 | $754.20 | 815,345 |
| | 01/14/2019 | $1,152.94 | 817,261 | 02/11/2019 | $754.20 | 819,148 |
| | 04/15/2019 | $1,508.40 | 823,133 | 06/17/2019 | $754.20 | 827,142 |
| | 07/15/2019 | $2,047.45 | 828,999 | 08/19/2019 | $2,208.69 | 830,899 |
| | 10/21/2019 | $1,355.58 | 834,927 | 11/18/2019 | $1,263.66 | 837,032 |
| | 12/16/2019 | $758.20 | 838,961 | | | |

## CLAIMS AND DISTRIBUTIONS

**Chapter 13 Case # 17-32114**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---:|---:|---:|---:|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,260.92 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 1,760.00 | 100.00% | 1,760.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | BARCLAYS BANK DELAWARE | UNSECURED | 0.00 | * | 0.00 | |
| 0003 | CREDIT ONE BANK NA | UNSECURED | 0.00 | * | 0.00 | |
| 0005 | NEW CENTURY FINANCIAL SERVICE, INC | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | ONLINE COLLECTIONS | UNSECURED | 0.00 | * | 0.00 | |
| 0009 | SANTANDER CONSUMER USA INC. | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0011 | TD BANK, N.A. | UNSECURED | 0.00 | * | 0.00 | |
| 0013 | TOYOTA MOTOR CREDIT CORPORATION | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0015 | WVUE 2015 1 | MORTGAGE ARRE | 35,764.62 | 100.00% | 19,689.93 | |
| 0017 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0018 | ONLINE COLLECTIONS | UNSECURED | 0.00 | * | 0.00 | |
| 0019 | ONLINE COLLECTIONS | UNSECURED | 0.00 | * | 0.00 | |
| 0020 | TOWNSHIP OF BELLEVILLE | SECURED | 4,481.33 | 100.00% | 2,467.15 | |
| 0021 | LVNV FUNDING LLC | UNSECURED | 578.70 | * | 0.00 | |

**Total Paid:  $25,178.00**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 17, 2020.

Receipts: $25,178.00      -    Paid to Claims: $22,157.08      -    Admin Costs Paid: $3,020.92      =     Funds on Hand: $0.00

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.