B2100A (Form 2100A) (12/15)

# United States Bankruptcy Court

District Of New Jersey

In re George J Droste aka Geoarge Droste aka George Robert Droste, Jr. aka George R Droste, Jr. aka George Robert Droste aka George R Droste,    Case No. 17-32114-VFP

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

CTF Asset Management, LLC  
Name of Transferee

WVUE 2015-1  
Name of Transferor

Name and Address where notices to transferee should be sent:  
CTF Asset Management, LLC  
c/o FCI Lender Servicer, Inc.  
8180 E. Kaiser Blvd.  
Anaheim Hills, California 92808

Court Claim # (if known): 6-1  
Amount of Claim: $366,448.88  
Date Claim Filed: 03/09/2018

Phone: (800) 931-2424  
Last Four Digits of Acct #: 9368

Phone: _____  
Last Four Digits of Acct. #: 9368

Name and Address where transferee payments should be sent (if different from above):

Phone: _____  
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Lauren M. Moyer, Esq.    Date: 02/12/2020  
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**CTF Asset Management, LLC**
120 Tustin Ave, Suite C
Newport Beach, CA 92663
949-629-4396

April 18, 2019

**George Droste**
19 Yale Terrace
Belleville, NJ 07109

RE: **TRUTH-IN-LENDING ACT OWNERSHIP TRANSFER NOTICE (S. 896)**
Loan: ▇▇▇▇▇▇▇ - Droste
Transaction Date: 4/4/19

Dear George Droste:

On or about the transaction date, we purchased and/or otherwise acquired your loan from your old creditor.  Our name and contact information is noted above.

We or our agents recorded or will be recording the transfer of your loan in the official records of Essex County, NJ.

Other relevant information: NONE

We look forward to a smooth transition.  Should you have any questions regarding your loan, please contact our Servicer:  FCI Lender Servicer, Inc. at 8180 E. Kaiser Blvd., Anaheim Hills, California 92808 or call them at (800) 931-2424.

NOTE: There is a distinction between the <u>Creditor</u> who is the owner of your loan, and the <u>Servicer</u> who is the agent that handles the servicing (payment processing) of your loan for the Creditor/Owner.  **Contact the Servicer with any questions regarding your loan.**

Sincerely,

*CTF Asset Management, LLC*



# Essex County Register Document Summary Sheet

| | | |
|---|---|---|
| **ESSEX COUNTY REGISTER OF DEEDS & MORTGAGES** | **Transaction Identification Number** | 3879454    3451461 |
| HALL OF RECORDS - ROOM 130 | **Recorded Document to be Returned by Submitter to:** ROCKPORT ASSET MANAGEMENT 120 TUSTIN AVE STE C NEWPORT BEACH, CA 92663 | |
| 465 DR. MARTIN LUTHER KING BLVD | | |
| NEWARK NJ 07102 | | |

**Official Use Only**

| | |
|---|---|
| **Submission Date** *(mm/dd/yyyy)* | 06/18/2019 |
| **No. of Pages** *(excluding Summary Sheet)* | 2 |
| **Recording Fee** *(excluding transfer tax)* | $50.00 |
| **Realty Transfer Tax** | $0.00 |
| **Total Amount** | $50.00 |
| **Document Type** | MTGE ASSGN |
| **Electronic Recordation Level** | L2 - Level 2 (With Images) |

**Municipal Codes**

| | |
|---|---|
| ESSEX COUNTY | 99 |

```
            DANA RONE
    REG. OF DEEDS & MORTGAGES
          ESSEX COUNTY
           New Jersey

         DOCUMENT TYPE
               3
       INSTRUMENT NUMBER
           2019057319
         RECORDED ON
          Jun 24, 2019
           8:56:18 AM
         Total Pages: 4

NJ PRESERVATION ACCOUNT  $15.00
REGISTER RECORDING FEE   $35.00
TOTAL PAID               $50.00
INV: 290045 USER: AJC
```

**Additional Information (Official Use Only)**

*\* DO NOT REMOVE THIS PAGE.*
*COVER SHEET [DOCUMENT SUMMARY FORM] IS PART OF ESSEX COUNTY REGISTER FILING RECORD.*
*RETAIN THIS PAGE FOR FUTURE REFERENCE.*

# Essex County Register Document Summary Sheet

| | | | | | |
|---|---|---|---|---|---|
| **MTGE ASSGN** | Type | MTGE ASSGN | | | |
| | Consideration | | | | |
| | Submitted By | SIMPLIFILE, LLC. (SIMPLIFILE) | | | |
| | Document Date | 04/05/2019 | | | |
| | **Reference Info** | | | | |
| | Book ID | Book | Beginning Page | Instrument No. | Recorded/File Date |
| | | 10142 | 215 | 1128450 | |
| | MORTGAGOR | Name | | Address | |
| | | WVUE 2015-1 | | | |
| | ASSIGNEE | Name | | Address | |
| | | CTF ASSET MANAGEMENT LLC | | | |
| | **Parcel Info** | | | | |
| | Property Type | Tax Dist. | Block | Lot | Qualifier | Municipality |
| | | | | | | |

*DO NOT REMOVE THIS PAGE.*
*COVER SHEET [DOCUMENT SUMMARY FORM] IS PART OF ESSEX COUNTY REGISTER FILING RECORD.*
*RETAIN THIS PAGE FOR FUTURE REFERENCE.*

Prepared By and Return To:
CTF Asset Management, LLC
C/O Rockport Asset Management, LLC
2901 West Coast Highway, Suite 381
Newport Beach, CA 92663

_____Space above for Recorder's use_____

## ASSIGNMENT OF MORTGAGE

FOR GOOD AND VALUABLE CONSIDERATION, the sufficiency of which is hereby acknowledged, the undersigned, **WVUE 2015-1**, whose address is **895 DOVE ST. SUITE 125, NEWPORT BEACH, CA 92660**, (ASSIGNOR), does hereby grant, assign and transfer to **CTF Asset Management, LLC**, C/O Rockport Asset Management, LLC whose address is **2901 West Coast Highway, Suite 381 Newport Beach, CA 92663**, (ASSIGNEE), its successors, transferees and assigns forever, all beneficial interest under that certain deed of trust, together with the certain note(s) described therein with all interest, all liens, and any rights due or to become due thereon.

Date of Mortgage: **2/10/2004**
Original Loan Amount: **$236,000.00**
Executed by (Borrower(s)): **GEORGE R. DROSTE**
Original Lender: **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS) AS NOMINEE FOR REMI CAPITAL, INC., ITS SUCCESSORS AND ASSIGNS**
Filed of Record: **BOOK #10142, PAGE #215, AS INSTRUMENT #112840**
Recording County of **ESSEX, NJ**, Recorded on **11/24/2004**.

Property more commonly described as: **19 YALE TERRACE, BELLEVILE, NJ 07109**

IN WITNESS WHEREOF, the undersigned by its duly elected officers and pursuant to proper authority of its board of directors has duly executed, sealed, acknowledged and delivered this assignment.

Date: _____4/5/19_____

**WVUE 2015-1**
By: _____[signature] TASICOVSKI_____
Title: _____ASST FINANCE_____

SEE CALIFORNIA
ACKNOWLEDGMENT
DATE 4/5/19 INITL PM

# ACKNOWLEDGMENT

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of _____Orange_____)

On __4/5/2019__ before me, __Philip Andrew Horn, Notary Public__
(insert name and title of the officer)

personally appeared __Logan Torkowski__,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

PHILIP ANDREW HORN
COMM. #2263954
Notary Public - California
Orange County
My Comm. Expires Nov. 21, 2022

Signature __Phil Horn__    (Seal)

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

**McCABE, WEISBERG & CONWAY, LLC**
**By: Lauren M. Moyer, Esq. (Atty. I.D.#LMM2332)**
**216 Haddon Avenue, Suite 201**
**Westmont, NJ 08108**
**856-858-7080**
Attorneys for Movant: CTF Asset Management, LLC

IN re:

George J Droste aka Geoarge Droste aka George Robert Droste, Jr. aka George R Droste, Jr. aka George Robert Droste aka George R Droste
      Debtor

Case No.: 17-32114-VFP
Chapter: 13
Judge: Vincent F. Papalia

## CERTIFICATION OF SERVICE

1. I, Matthew Miller:

    ☐ represent the _____ in the above-captioned matter.

    ☒ am the secretary/paralegal for Lauren M. Moyer, Esq., who represents the Movant in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2. On February 12, 2020, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    - Transfer of Claim
    - Certification of Service

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: February 12, 2020

*/s/Matthew Miller*
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| George J Droste aka Geoarge Droste aka George Robert Droste, Jr. aka George R Droste, Jr. aka George Robert Droste aka George R Droste<br>19 Yale Terrace<br>Belleville, New Jersey 07109 | Debtor | ❑ Hand-delivered<br>☒ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Notice of Electronic Filing (NEF)<br>❑ Other _____<br>(as authorized by the court *) |
| Bruce H Levitt<br>Levitt & Slafkes, P.C.<br>515 Valley Street, Suite 140<br>Suite 140<br>Maplewood, New Jersey 07040 | Attorney for Debtor | ❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>❑ Other _____<br>(as authorized by the court *) |
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, New Jersey 07004 | Chapter 13 Trustee | ❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>❑ Other _____<br>(as authorized by the court *) |
| U.S. Trustee<br>US Dept of Justice Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, New Jersey 07102 | US Trustee | ❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>❑ Other _____<br>(as authorized by the court *) |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

*rev.4/24/12*