UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

**McCABE, WEISBERG & CONWAY, LLC**
**By: Lauren M. Moyer, Esq. (Atty. I.D.#LMM2332)**
**216 Haddon Avenue, Suite 201**
**Westmont, NJ 08108**
**856-858-7080**
Attorneys for Movant: CTF Asset Management, LLC

IN re:

George J Droste aka Geoarge Droste    aka George Robert Droste, Jr.    aka George R Droste, Jr.    aka George Robert Droste    aka George R Droste
    Debtor

Case No.: 17-32114-VFP
Chapter: 13
Hearing Date: March 5, 2020 at 10:00 a.m.
Judge: Vincent F. Papalia

## CERTIFICATION OF SERVICE

1. I, Christina Burns:

    ☐ represent the _____ in the above-captioned matter.

    ☒ am the secretary/paralegal for Lauren M. Moyer, Esq., who represents the Movant in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2. On March 5, 2020, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:
    - Order Resolving Motion to Vacate Stay
    - Certification of Service

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated:    March 5, 2020                                                         /s/ Christina Burns
                                                                                            Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| George J Droste aka Geoarge Droste    aka George Robert Droste, Jr.    aka George R Droste, Jr.    aka George Robert Droste    aka George R Droste<br>19 Yale Terrace<br>Belleville, New Jersey 07109 | Debtor | ❑ Hand-delivered<br>☒ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Notice of Electronic Filing (NEF)<br>❑ Other _____<br>(as authorized by the court *) |
| Bruce H Levitt<br>Levitt & Slafkes, P.C.<br>515 Valley Street, Suite 140<br>Suite 140<br>Maplewood, New Jersey 07040 | Attorney for Debtor | ❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>❑ Other _____<br>(as authorized by the court *) |
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, New Jersey 07004 | Chapter 13 Trustee | ❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>❑ Other _____<br>(as authorized by the court *) |
| U.S. Trustee<br>US Dept of Justice Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, New Jersey 07102 | US Trustee | ❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>❑ Other _____<br>(as authorized by the court *) |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

*rev.4/24/12*