| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
|---|

**McCABE, WEISBERG & CONWAY, LLC**
By: Lauren M. Moyer, Esq. (Atty. I.D.#LMM2332)
216 Haddon Avenue, Suite 201
Westmont, NJ 08108
856-858-7080
Attorneys for Movant: CTF Asset Management, LLC

Order Filed on March 11, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN re:

George J Droste aka Geoarge Droste    aka George Robert Droste, Jr.    aka George R Droste, Jr.    aka George Robert Droste    aka George R Droste
       Debtor

Case No.: 17-32114-VFP
Chapter: 13
Hearing Date: March 5, 2020
at 10:00 a.m.
Judge: Vincent F. Papalia

Recommended Local Form    ☒ Followed    ☐ Modified

**ORDER RESOLVING MOTION TO VACATE STAY WITH CONDITIONS**

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: March 11, 2020**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

| | |
|---|---|
| Applicant: | CTF Asset Management, LLC |
| Applicant's Counsel: | Lauren M. Moyer, Esq. |
| Property Involved ("Collateral") | 19 Yale Terrace, Belleville, New Jersey 07109 |

Relief Sought:  ☒ Motion for relief from the automatic stay

☐ Motion to dismiss

☐ Motion for prospective relief to prevent imposition of    automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that the Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1. Status of post-petition arrearages:

    ☒ The Debtor is overdue for 5 months, from October 1, 2019 to February 1, 2020

    ☒ The Debtor is overdue for 5 payments at $1,677.96 per month.

    ☒ The Debtor is credited with a suspense balance of $410.36.

    ☒ Applicant acknowledges receipt of funds in the amount of $9,677.00 received after the motion was filed.

    Total Arrearages Due: $0.00

2. Debtor must cure all post-petition arrearages, as follows:

    ☒ Immediate payment shall be made in the amount of $9,677.00.  Payment has already been tendered by the Debtors.

    ☒ Beginning on April 1, 2020, regular monthly mortgage payment shall continue to be made in the amount of $1,677.96.

3. Payments to the Secured Creditor shall be made to the following address(es):

    | | | |
    |---|---|---|
    | ☒ | Immediate payment: | FCI Lender Services, Inc.<br>P.O. Box 27370<br>Anaheim Hills, CA 92808 |
    | ☐ | Regular monthly payment: | Same as above |
    | ☐ | Monthly cure payment: | Same as above |

4. In the event of Default:

    ☒ If the Debtor fails to make the immediate payment specified above or fails to make any regular monthly payment or the additional monthly cure payment within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order.  At the time the Certification is

filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor and the Debtor's attorney.

☒ If the bankruptcy case is dismissed, or if the automatic stay is vacated, the filing of a new bankruptcy case will not act to impose the automatic stay against the Secured Creditor's opportunity to proceed against its Collateral without further Order of the Court.

5. In the event the Debtor converts his/her case to a Chapter 11, the terms of the Order shall remain in full force and effect. In the event that the Debtor converts his/her case to a Chapter 7, Debtor shall cure all pre-petition and post-petition arrears within ten (10) days of conversion. Failure to cure the arrears shall constitute an event of default under this Order and Movant may certify default as set forth in paragraph 4 of this order.

6. Award of Attorneys' Fees:

☒ The Applicant is awarded attorney fees of $350.00 and costs of 181.00.

The fees and costs are payable:

☒ through the Chapter 13 plan.