| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY | |
| **McCABE, WEISBERG & CONWAY, LLC**<br>**By: Lauren M. Moyer, Esq. (Atty. I.D.#LMM2332)**<br>**216 Haddon Avenue, Suite 201**<br>**Westmont, NJ 08108**<br>**856-858-7080**<br>Attorneys for Movant: CTF Asset Management, LLC | Order Filed on March 11, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN re:<br><br>George J Droste aka Geoarge Droste    aka George Robert Droste, Jr.    aka George R Droste, Jr.    aka George Robert Droste    aka George R Droste<br>       Debtor | Case No.: 17-32114-VFP<br>Chapter: 13<br>Hearing Date: March 5, 2020<br>at 10:00 a.m.<br>Judge: Vincent F. Papalia |

| Recommended Local Form | ☒ Followed | ☐ Modified |
|---|---|---|

**ORDER RESOLVING MOTION TO VACATE STAY
WITH CONDITIONS**

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**

**DATED: March 11, 2020**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

| | |
|---|---|
| Applicant: | CTF Asset Management, LLC |
| Applicant's Counsel: | Lauren M. Moyer, Esq. |
| Property Involved ("Collateral") | 19 Yale Terrace, Belleville, New Jersey 07109 |

Relief Sought:  ☒ Motion for relief from the automatic stay

☐ Motion to dismiss

☐ Motion for prospective relief to prevent imposition of    automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that the Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1. Status of post-petition arrearages:

    ☒ The Debtor is overdue for 5 months, from October 1, 2019 to February 1, 2020

    ☒ The Debtor is overdue for 5 payments at $1,677.96 per month.

    ☒ The Debtor is credited with a suspense balance of $410.36.

    ☒ Applicant acknowledges receipt of funds in the amount of $9,677.00 received after the motion was filed.

    Total Arrearages Due: $0.00

2. Debtor must cure all post-petition arrearages, as follows:

    ☒ Immediate payment shall be made in the amount of $9,677.00. Payment has already been tendered by the Debtors.

    ☒ Beginning on April 1, 2020, regular monthly mortgage payment shall continue to be made in the amount of $1,677.96.

3. Payments to the Secured Creditor shall be made to the following address(es):

    ☒ Immediate payment:         FCI Lender Services, Inc.
                                 P.O. Box 27370
                                 Anaheim Hills, CA 92808
    ☐ Regular monthly payment:   Same as above
    ☐ Monthly cure payment:      Same as above

4. In the event of Default:

    ☒ If the Debtor fails to make the immediate payment specified above or fails to make any regular monthly payment or the additional monthly cure payment within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is

filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor and the Debtor's attorney.

☒ If the bankruptcy case is dismissed, or if the automatic stay is vacated, the filing of a new bankruptcy case will not act to impose the automatic stay against the Secured Creditor's opportunity to proceed against its Collateral without further Order of the Court.

5. In the event the Debtor converts his/her case to a Chapter 11, the terms of the Order shall remain in full force and effect. In the event that the Debtor converts his/her case to a Chapter 7, Debtor shall cure all pre-petition and post-petition arrears within ten (10) days of conversion. Failure to cure the arrears shall constitute an event of default under this Order and Movant may certify default as set forth in paragraph 4 of this order.

6. Award of Attorneys' Fees:

☒ The Applicant is awarded attorney fees of $350.00 and costs of 181.00.

The fees and costs are payable:

☒ through the Chapter 13 plan.

United States Bankruptcy Court
District of New Jersey

In re:  
George J Droste  
    Debtor

Case No. 17-32114-VFP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Mar 11, 2020  
                        Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2020.  
db          +George J Droste,   19 Yale Terrace,   Belleville, NJ 07109-2103

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                       TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2020                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 11, 2020 at the address(es) listed below:  
          Bruce H Levitt    on behalf of Debtor George J Droste blevitt@levittslafkes.com,  
     sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com;lsbankruptcynotices@gmail.com  
          Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation  
     dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com  
          Lauren  Moyer    on behalf of Creditor    CTF Asset Management, LLC lmoyer@mwc-law.com,  
     nj-ecfmail@ecf.courtdrive.com  
          Marie-Ann  Greenberg    magecf@magtrustee.com  
          Melissa S DiCerbo    on behalf of Creditor    WVUE 2015-1 nj-ecfmail@mwc-law.com,  
     nj-ecfmail@ecf.courtdrive.com  
          Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation  
     rsolarz@kmllawgroup.com  
          Steven  Martino    on behalf of Creditor    Township of Belleville SteveM@Iacullomartino.com,  
     DawnP@Iacullomartino.com  
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                            TOTAL: 8