UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Levitt & Slafkes, P.C.
515 Valley Street, Suite 140
Maplewood, NJ 07040
Ph: (973) 313-1200
Fax: (973) 313-1240
Attorney for Debtor
By: Bruce H. Levitt (BL9302)

| In Re: | Case No.: | 17-32114 |
|---|---|---|
| George J. Droste. | Judge: | VFP |
| Debtor | Chapter: | 13 |

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following (choose one):

1. ☐ Motion for Relief from the Automatic Stay filed by _____, creditor,

    A hearing has been scheduled for _____, at _____.

    ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

    A hearing has been scheduled for _____, at _____.

    ☒ Certification of Default filed by _____the Standing Trustee_____,

    I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons (choose one):

    ☒ Payments have been made in the amount of $ ____2,700.00____, but have not been accounted for. Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows (explain your answer):

☐ Other (explain your answer):

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: 4/26/21

Debtor's Signature

Date: _____

Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

rev.8/1/15



## Make A Payment

1. Accept Terms & Conditions | 2. Confirm Payment Details | **3. Payment Completed**

## Payment Complete – Confirmation

Your payment has now been submitted. Please print this page for your records.

**On the 01 Feb 2021, $ 2,702.00 will be debited from your account.**

| | |
|---|---|
| Confirmation Number: | 7417631 |
| Payer Name: | George Droste |
| Payer Email Address: | Grd916@aol.com |
| Online Payment ID: | 17321142572 |
| Marie-Ann Greenberg: | Marie-Ann Greenberg |
| Payment Type: | Single Payment |
| Payment Entered Date: | 29 Jan 2021 |
| Payment Date: | 29 Jan 2021 |
| Payment Effective Date: | 01 Feb 2021 |
| Payment Amount: | $ 2,700.00 |
| Bank Processing Fee: | $ 2.00 |
| **Total Amount:** | **$ 2,702.00** |

*Please note, this payment will show as two separate debits to your banking account in the amounts of $ 2,700.00 and $ 2.00*

 Close Window    Print



