Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                     Case No.:  17−32114−VFP
                                     Chapter:  13
                                     Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   George J Droste
   aka George Robert Droste Jr., aka Geoarge
   Droste, aka George R Droste Jr., aka
   George R Droste, aka George Robert
   Droste
   19 Yale Terrace
   Belleville, NJ 07109

Social Security No.:
   xxx−xx−2572

Employer's Tax I.D. No.:

# NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 5/20/21 at 10:00 AM

to consider and act upon the following:

*66* − Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 4/26/2021. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) (Greenberg, Marie−Ann)

*68* − Certification in Opposition to (related document:66 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 4/26/2021. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) filed by Trustee Marie−Ann Greenberg) filed by Bruce H Levitt on behalf of George J Droste. (Levitt, Bruce)

Dated: 4/27/21

                                                                      Jeanne Naughton
                                                                        Clerk, U.S. Bankruptcy Court