UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Order Filed on June 11, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:
George J Droste,

Debtor.

Case No.: 17-32114

Chapter: 13

Judge: Vincent F. Papalia

**ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE**

**(For Matters Heard During Operation of the United States Bankruptcy Court's Amended General Order Regarding Court Operations Under Exigent Circumstances Caused by Coronavirus (COVID-19)**

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: June 11, 2021**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

After review of the application of Bruce H Levitt as counsel for Debtor, for a reduction of time for a hearing on Motion to Sell Property Free and Clear of Liens under Section 363(f).Property for sale: 19 Yale Terrace, Belleville, NJ, under Fed. R. Bankr. P. 9006(c)(1), it is ORDERED as follows:

1. A hearing will be conducted on the matter on <u>June 24, 2021 at 11am in the United States Bankruptcy Court, via telephone Conference call. Instructions on appearing by phone can be found on page three (3) of this order.</u>

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: <u>proposed buyer(s) or their counsel, if known; all secured creditors or their counsel, if known;</u>

by [X] each, ☐ any of the following methods selected by the Court:

                                                      (if available)
☐ fax,   [X] overnight mail,   ☐ regular mail,   [X] email, ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties : <u>The Chapter 13 Standing Trustee; all other creditors or their counsel; any other party having filed a Notice of Appearance in the case.</u>

by ☐ each, [X] any of the following methods selected by the Court:

☐ fax,   ☐ overnight mail,   [X] regular mail,   [X] email,   ☐ hand delivery

4. Service must be made:

    ☐ on the same day as the date of this order, or

    [X] within   <u>1</u>   day(s) of the date of this Order.

5. Notice by telephone:

    [X] is not required

    ☐ must be provided to _____

        ☐ on the same day as the date of this Order, or

        ☐ within_____ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to said motion/application identified above:

   [X]  must be filed with the Court and served on all parties in interest by electronic or overnight mail By: June 22, 2021

   [ ]  be presented orally at the hearing in the manner prescribed below.

8. For motions/applications being heard on shortened time during the time period in which the New Jersey Bankruptcy Court's Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19) is operative, any party who wishes to prosecute or oppose the motion/application, or otherwise listen in, must appear by phone, unless instructed otherwise.

   [X]  Parties are directed to make arrangements to appear telephonically via Court Solutions.(https://www.court-solutions.com/ or dial 917-746-7476)

   [ ]  Other:

*rev.3/23/20*

United States Bankruptcy Court

District of New Jersey

In re:                                                                                           Case No. 17-32114-VFP

George J Droste                                                                      Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 11, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 13, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | George J Droste, 19 Yale Terrace, Belleville, NJ 07109-2103 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 13, 2021                           Signature:           /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 11, 2021 at the address(es) listed below:**

**Name**               **Email Address**

Bruce H Levitt
    on behalf of Debtor George J Droste blevitt@levittslafkes.com
    sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com;lsbankruptcynotices@gmail.com

Denise E. Carlon
    on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Jonathan C. Schwalb
    on behalf of Creditor FMJM RWL V Trust 2020-1 bankruptcy@friedmanvartolo.com

Lauren Moyer
    on behalf of Creditor CTF Asset Management  LLC lmoyer@mwc-law.com, nj-ecfmail@ecf.courtdrive.com

Marie-Ann Greenberg
    magecf@magtrustee.com

Melissa S DiCerbo
    on behalf of Creditor WVUE 2015-1 nj-ecfmail@mwc-law.com  nj-ecfmail@ecf.courtdrive.com

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jun 11, 2021 | Form ID: pdf903 | Total Noticed: 1 |

Rebecca Ann Solarz
    on behalf of Creditor Toyota Motor Credit Corporation rsolarz@kmllawgroup.com

Steven Martino
    on behalf of Creditor Township of Belleville SteveM@Iacullomartino.com DawnP@Iacullomartino.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9