UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

LEVITT & SLAFKES, P.C.
515 Valley Street, Suite 140
Maplewood, New Jersey 07040
Tel: (973) 313-1200
E-Mail: Blevitt@lsbankruptcylaw.com
Attorneys for Debtor
By: Bruce H. Levitt, Esq. (BL9302)

In Re:

   GEORGE J. DROSTE,

          Debtor.

**Order Filed on June 24, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: _____17-32114_____

Hearing Date: ____June 24, 2021____

Chapter: _____13_____

Judge: _____VFP_____

## ORDER AUTHORIZING
## SALE OF REAL PROPERTY

| Recommended Local Form: | X  Followed | ☐  Modified |
|---|---|---|

The relief set forth on the following pages numbered two (2) and three (3) is
**ORDERED**.

**DATED: June 24, 2021**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

After review of the Debtor's motion for authorization to sell the real property commonly known as  19 Yale Terrace, Belleville, New Jersey                          , New Jersey (the Real Property).

**IT IS** hereby **ORDERED** as follows:

1.  The Debtor is authorized to sell the Real Property on the terms and conditions of the contract of sale pursuant to 11 U.S.C. §§ 363(b) and 1303.

2.  The proceeds of sale must be used to satisfy the liens on the real property unless the liens are otherwise avoided by court order. Until such satisfaction the real property is not free and clear of liens.

3.  X   In accordance with D.N.J. LBR 6004-5, the *Notice of Proposed Private Sale* included a request to pay the real estate broker and/or debtor's real estate attorney at closing. Therefore the following professional(s) may be paid at closing.

| Name of Professional: | Dell'Italia & Santola | Jordan Baris, Realtors | Levitt & Slafkes |
|---|---|---|---|
| Amount to be paid: | $1,450.00 | $28,325.00 | $1,500.00 |
| Services rendered: | Real Estate Counsel | Realtor | Debtor Counsel |

**OR**:  ☐  Sufficient funds may be held in escrow by the Debtor's attorney to pay real estate broker's commissions and attorney's fees for the Debtor's attorneys on further order of this court.

4.  Other closing fees payable by the Debtor may be satisfied from the proceeds of sale and adjustments to the price as provided for in the contract of sale may be made at closing.

5.  The amount of $_____ claimed as exempt may be paid to the Debtor.

6.  The ☐ *balance of proceeds* or the X *balance due on the debtor's Chapter 13 Plan* must be paid to the Chapter 13 Trustee in the Debtor's case.

7.  A copy of the HUD settlement statement must be forwarded to the Chapter 13 Trustee 7 days after closing.

8. ☐ The debtor must file a modified Chapter 13 Plan not later than 21 days after the date of this order.

9. Other provisions:

    The stay provided for under Bankruptcy Rule 6004(h) is waived.

    The first mortgage on the Real Property shall be paid in full based upon the payoff provided by the creditor at the time of closing.

    All outstanding real estate taxes and water charges, including interest due, and shall be paid from the proceeds of sale.

    The balance necessary to pay a 100% distribution under the Debtor's Chapter 13 Plan shall be paid to the Trustee from the closing proceeds.

    The sale shall be free and clear of the judgment lien of New Century Financial Services, Inc., said lien, if any, to attach to the proceeds of sale. Said lien is subject to avoidance pursuant to the confirmed Plan in this matter.