UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

LEVITT & SLAFKES, P.C.
515 Valley Street
Suite 140
Maplewood, New Jersey 07040
T: (973) 313-1200
F: (973) 313-1240
E: blevitt@lsbankruptcylaw.com
By: Bruce H. Levitt (BL9302)
Attorneys for Debtor

**Order Filed on June 21, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

GEORGE V. DROSTE,

    Debtor.

| | |
|---|---|
| Case No.: | 17-32114 |
| Chapter: | 13 |
| Judge: | VFP |

## ORDER AUTHORIZING RETENTION OF

Jordan Baris, Realtors Real Living

The relief set forth on the following page is **ORDERED**.

**DATED: June 21, 2021**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Upon the applicant's request for authorization to retain  Jordan Baris, Realtors Real Living  as  Realtor , it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is:   124 East Mt. Pleasant Avenue
   Livingston, NJ 07039

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted   ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                                                    Case No. 17-32114-VFP

George J Droste                                                                                                                  Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                                User: admin                                 Page 1 of 2

Date Rcvd: Jun 22, 2021                       Form ID: pdf903                           Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+                     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 24, 2021:**

**Recip ID**              **Recipient Name and Address**
db                         +    George J Droste, 19 Yale Terrace, Belleville, NJ 07109-2103

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2021                                Signature:         /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 22, 2021 at the address(es) listed below:**

**Name**                     **Email Address**

Bruce H Levitt
                             on behalf of Debtor George J Droste blevitt@levittslafkes.com
                             sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com;lsbankruptcynotices@gmail.com

Denise E. Carlon
                             on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com   bkgroup@kmllawgroup.com

Jonathan C. Schwalb
                             on behalf of Creditor FMJM RWL V Trust 2020-1 bankruptcy@friedmanvartolo.com

Lauren Moyer
                             on behalf of Creditor CTF Asset Management  LLC lmoyer@mwc-law.com, nj-ecfmail@ecf.courtdrive.com

Marie-Ann Greenberg
                             magecf@magtrustee.com

Melissa S DiCerbo
                             on behalf of Creditor WVUE 2015-1 nj-ecfmail@mwc-law.com  nj-ecfmail@ecf.courtdrive.com

District/off: 0312-2 | User: admin | Page 2 of 2
Date Rcvd: Jun 22, 2021 | Form ID: pdf903 | Total Noticed: 1

Rebecca Ann Solarz
    on behalf of Creditor Toyota Motor Credit Corporation rsolarz@kmllawgroup.com

Steven Martino
    on behalf of Creditor Township of Belleville SteveM@Iacullomartino.com DawnP@Iacullomartino.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9