UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

```
LEVITT & SLAFKES, P.C.
515 Valley Street, Suite 140
Maplewood, New Jersey 07040
Tel: (973) 313-1200
E-Mail: Blevitt@lsbankruptcylaw.com
Attorneys for Debtor
By: Bruce H. Levitt, Esq. (BL9302)
```

Order Filed on June 24, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

    GEORGE J. DROSTE,

               Debtor.

| | |
|---|---|
| Case No.: | 17-32114 |
| Hearing Date: | June 24, 2021 |
| Chapter: | 13 |
| Judge: | VFP |

### ORDER AUTHORIZING
### SALE OF REAL PROPERTY

| Recommended Local Form: | X Followed | ☐ Modified |
|---|---|---|

The relief set forth on the following pages numbered two (2) and three (3) is **ORDERED**.

**DATED: June 24, 2021**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

After review of the Debtor's motion for authorization to sell the real property commonly known as  19 Yale Terrace, Belleville, New Jersey                         , New Jersey (the Real Property).

**IT IS** hereby **ORDERED** as follows:

1. The Debtor is authorized to sell the Real Property on the terms and conditions of the contract of sale pursuant to 11 U.S.C. §§ 363(b) and 1303.

2. The proceeds of sale must be used to satisfy the liens on the real property unless the liens are otherwise avoided by court order. Until such satisfaction the real property is not free and clear of liens.

3.   X   In accordance with D.N.J. LBR 6004-5, the *Notice of Proposed Private Sale* included a request to pay the real estate broker and/or debtor's real estate attorney at closing. Therefore the following professional(s) may be paid at closing.

| Name of Professional: | Dell'Italia & Santola | Jordan Baris, Realtors | Levitt & Slafkes |
|---|---|---|---|
| Amount to be paid: | $1,450.00 | $28,325.00 | $1,500.00 |
| Services rendered: | Real Estate Counsel | Realtor | Debtor Counsel |

**OR**:  ☐  Sufficient funds may be held in escrow by the Debtor's attorney to pay real estate broker's commissions and attorney's fees for the Debtor's attorneys on further order of this court.

4. Other closing fees payable by the Debtor may be satisfied from the proceeds of sale and adjustments to the price as provided for in the contract of sale may be made at closing.

5. The amount of $_____ claimed as exempt may be paid to the Debtor.

6. The ☐ *balance of proceeds* or the X *balance due on the debtor's Chapter 13 Plan* must be paid to the Chapter 13 Trustee in the Debtor's case.

7. A copy of the HUD settlement statement must be forwarded to the Chapter 13 Trustee 7 days after closing.

8. ☐ The debtor must file a modified Chapter 13 Plan not later than 21 days after the date of this order.

9. Other provisions:

```
    The stay provided for under Bankruptcy Rule 6004(h) is waived.

    The first mortgage on the Real Property shall be paid in full
based upon the payoff provided by the creditor at the time of
closing.

    All outstanding real estate taxes and water charges, including
interest due, and shall be paid from the proceeds of sale.

    The balance necessary to pay a 100% distribution under the
Debtor's Chapter 13 Plan shall be paid to the Trustee from the
closing proceeds.

    The sale shall be free and clear of the judgment lien of New
Century Financial Services, Inc., said lien, if any, to attach to
the proceeds of sale. Said lien is subject to avoidance pursuant
to the confirmed Plan in this matter.
```

United States Bankruptcy Court

District of New Jersey

In re:  
George J Droste  
  Debtor

Case No. 17-32114-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2  User: admin  Page 1 of 2  
Date Rcvd: Jun 24, 2021  Form ID: pdf903  Total Noticed: 2

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 26, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + George J Droste, 19 Yale Terrace, Belleville, NJ 07109-2103 |
| aty | + Dell'Italia & Santola, Dell'Italia & Santola, 301 S. Livingtson Avenue, Suite 100, Livingston, NJ 07039-3929 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 24, 2021 at the address(es) listed below:**

**Name**    **Email Address**

Bruce H Levitt  
on behalf of Debtor George J Droste blevitt@levittslafkes.com  
sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com;lsbankruptcynotices@gmail.com

Denise E. Carlon  
on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Jonathan C. Schwalb  
on behalf of Creditor FMJM RWL V Trust 2020-1 bankruptcy@friedmanvartolo.com

Lauren Moyer  
on behalf of Creditor CTF Asset Management  LLC lmoyer@mwc-law.com, nj-ecfmail@ecf.courtdrive.com

Marie-Ann Greenberg  
magecf@magtrustee.com

Melissa S DiCerbo

District/off: 0312-2 | User: admin | Page 2 of 2
Date Rcvd: Jun 24, 2021 | Form ID: pdf903 | Total Noticed: 2

    on behalf of Creditor WVUE 2015-1 nj-ecfmail@mwc-law.com nj-ecfmail@ecf.courtdrive.com

Rebecca Ann Solarz
    on behalf of Creditor Toyota Motor Credit Corporation rsolarz@kmllawgroup.com

Steven Martino
    on behalf of Creditor Township of Belleville SteveM@Iacullomartino.com DawnP@Iacullomartino.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9