Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey  
MLK Jr Federal Building  
50 Walnut Street  
Newark, NJ 07102

                        Case No.:  17−32114−VFP  
                        Chapter:  13  
                        Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   George J Droste  
   aka George Robert Droste Jr., aka Geoarge  
   Droste, aka George R Droste Jr., aka  
   George R Droste, aka George Robert  
   Droste  
   19 Yale Terrace  
   Belleville, NJ 07109

Social Security No.:  
   xxx−xx−2572

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 7/15/21 at 10:00 AM

to consider and act upon the following:

*83* − Creditor's Certification of Default (related document:48 Motion for Relief from Stay re: 19 Yale Terrace, Belleville, New Jersey 07109. Fee Amount $ 181. filed by Creditor CTF Asset Management, LLC, 52 Order on Motion For Relief From Stay) filed by Jonathan C. Schwalb on behalf of FMJM RWL V Trust 2020−1. Objection deadline is 06/29/2021. (Attachments: # 1 Exhibit A. Entered Consent Order # 2 Proposed Order # 3 Certificate of Service) (Schwalb, Jonathan)

*91* − Certification in Opposition to (related document:83 Creditor's Certification of Default (related document:48 Motion for Relief from Stay re: 19 Yale Terrace, Belleville, New Jersey 07109. Fee Amount $ 181. filed by Creditor CTF Asset Management, LLC, 52 Order on Motion For Relief From Stay) filed by Jonathan C. Schwalb on behalf of FMJM RWL V Trust 2020−1. Objection deadline is 06/29/2021. (Attachments: # 1 Exhibit A. Entered Consent Order # 2 Proposed Order # 3 Certificate of Service) filed by Creditor FMJM RWL V Trust 2020−1) filed by Bruce H Levitt on behalf of George J Droste. (Levitt, Bruce)

Dated: 6/29/21

                                                        Jeanne Naughton  
                                                        Clerk, U.S. Bankruptcy Court