Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−32114−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
George J Droste
aka George Robert Droste Jr., aka Geoarge
Droste, aka George R Droste Jr., aka
George R Droste, aka George Robert
Droste
19 Yale Terrace
Belleville, NJ 07109

Social Security No.:
xxx−xx−2572

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 7/15/21 at 10:00 AM

to consider and act upon the following:

*83* − Creditor's Certification of Default (related document:48 Motion for Relief from Stay re: 19 Yale Terrace, Belleville, New Jersey 07109. Fee Amount $ 181. filed by Creditor CTF Asset Management, LLC, 52 Order on Motion For Relief From Stay) filed by Jonathan C. Schwalb on behalf of FMJM RWL V Trust 2020−1. Objection deadline is 06/29/2021. (Attachments: # 1 Exhibit A. Entered Consent Order # 2 Proposed Order # 3 Certificate of Service) (Schwalb, Jonathan)

*91* − Certification in Opposition to (related document:83 Creditor's Certification of Default (related document:48 Motion for Relief from Stay re: 19 Yale Terrace, Belleville, New Jersey 07109. Fee Amount $ 181. filed by Creditor CTF Asset Management, LLC, 52 Order on Motion For Relief From Stay) filed by Jonathan C. Schwalb on behalf of FMJM RWL V Trust 2020−1. Objection deadline is 06/29/2021. (Attachments: # 1 Exhibit A. Entered Consent Order # 2 Proposed Order # 3 Certificate of Service) filed by Creditor FMJM RWL V Trust 2020−1) filed by Bruce H Levitt on behalf of George J Droste. (Levitt, Bruce)

Dated: 6/29/21

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:  
George J Droste  
    Debtor

Case No. 17-32114-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2  
Date Rcvd: Jun 29, 2021      Form ID: ntchrgbk      Total Noticed: 6

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 01, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | George J Droste, 19 Yale Terrace, Belleville, NJ 07109-2103 |
| aty | + | Dell'Italia & Santola, Dell'Italia & Santola, 301 S. Livingtson Avenue, Suite 100, Livingston, NJ 07039-3929 |
| cr | + | FMJM RWL V Trust 2020-1, c/o Friedman Vartolo, LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| r | + | Jordan Baris, Realtors Real Living, 124 East Mt. Pleasant Avenue, Livingston, NJ 07039-3026 |
| cr | + | Township of Belleville, 152 Washington Avenue, Belleville, NJ 07109-2589 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Jun 29 2021 20:56:41 | Synchrony Bank, c/o PRA Recievables Management, LL, POB 41021, Norfolk, VA 23541-1021 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.  
NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 01, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 29, 2021 at the address(es) listed below:

**Name**      **Email Address**

Bruce H Levitt  
     on behalf of Debtor George J Droste blevitt@levittslafkes.com  
     sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com;lsbankruptcynotices@gmail.com

Denise E. Carlon

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jun 29, 2021 | Form ID: ntchrgbk | Total Noticed: 6 |

on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Jonathan C. Schwalb

    on behalf of Creditor FMJM RWL V Trust 2020-1 bankruptcy@friedmanvartolo.com

Lauren Moyer

    on behalf of Creditor CTF Asset Management  LLC lmoyer@mwc-law.com, nj-ecfmail@ecf.courtdrive.com

Marie-Ann Greenberg

    magecf@magtrustee.com

Melissa S DiCerbo

    on behalf of Creditor WVUE 2015-1 nj-ecfmail@mwc-law.com  nj-ecfmail@ecf.courtdrive.com

Rebecca Ann Solarz

    on behalf of Creditor Toyota Motor Credit Corporation rsolarz@kmllawgroup.com

Steven Martino

    on behalf of Creditor Township of Belleville SteveM@Iacullomartino.com  DawnP@Iacullomartino.com

U.S. Trustee

    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9