| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | | |
|---|---|---|
| In Re:<br><br>George J. Droste,<br><br>    Debtor | Case No.:<br>Adversary No.:<br>Chapter:<br>Judge: | 17-32114<br><br>13<br>VFP |

## CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. **NOTE:** A separate form must be filed in each main case and adversary proceeding where the address of the party needs to be updated. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type: George J. Droste, Debtor
(Example: John Smith, creditor)

Old address: 19 Yale Terrace
Belleville, New Jersey 07109

New address: 725 Joralemon Street ~~#228~~
Belleville, NJ 07109

New phone no.: _____
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date: 8/12/21

Signature: *George Droste*

*rev.8/1/2021*