**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | George J Droste | Social Security number or ITIN   xxx–xx–2572 |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court    District of New Jersey

Case number:   17–32114–VFP

# Order of Discharge

**12/18**

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

George J Droste
aka George Robert Droste Jr., aka Geoarge
Droste, aka George R Droste Jr., aka George R
Droste, aka George Robert Droste

<u>10/4/21</u>

**By the court:** <u>Vincent F. Papalia</u>
United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

#### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

#### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

#### Some debts are not discharged

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                     **Chapter 13 Discharge**                     page 1

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---

United States Bankruptcy Court

District of New Jersey

In re:                                                                                  Case No. 17-32114-VFP

George J Droste                                                                         Chapter 13

   Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                          User: admin                                Page 1 of 3
Date Rcvd: Oct 04, 2021                       Form ID: 3180W                              Total Noticed: 31

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 06, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | George J Droste, 725 Joralemon Street, #288, Belleville, NJ 07109-1433 |
| aty | + | Dell'Italia & Santola, Dell'Italia & Santola, 301 S. Livingtson Avenue, Suite 100, Livingston, NJ 07039-3929 |
| cr | + | FMJM RWL V Trust 2020-1, c/o Friedman Vartolo, LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| r | + | Jordan Baris, Realtors Real Living, 124 East Mt. Pleasant Avenue, Livingston, NJ 07039-3026 |
| cr | + | Township of Belleville, 152 Washington Avenue, Belleville, NJ 07109-2589 |
| 518709356 | + | CTF Asset Management, LLC, 8180 E. Kaiser Blvd., Anaheim Hills, CA 92808-2277 |
| 518709357 | + | CTF Asset Management, LLC, 8180 E. Kaiser Blvd., Anaheim Hills, CA 92808, CTF Asset Management, LLC, 8180 E. Kaiser Blvd. Anaheim Hills, CA 92808-2277 |
| 517153595 | + | New Century Financial Service, Inc., Presler & Presler, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 517153598 | + | Patricia Droste, 19 Yale Terrace, Belleville, NJ 07109-2103 |
| 517344237 | + | Township of Belleville, 152 Washington Ave., Tax Dept., Belleville, New Jersey 07109-2589 |
| 517221918 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 517153604 | + | WVUE 2015-1, Att: McCabe, Weisberg & Conway, LLC, 216 Haddon Aven, Suite 201, Westmont, NJ 08108-2818 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 04 2021 20:27:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 04 2021 20:27:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: RMSC.COM | Oct 05 2021 00:28:00 | Synchrony Bank, c/o PRA Recievables Management, LL, POB 41021, Norfolk, VA 23541-1021 |
| 517153592 | + | EDI: TSYS2.COM | Oct 05 2021 00:28:00 | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| 517153591 | + | EDI: TSYS2.COM | Oct 05 2021 00:28:00 | Barclays Bank Delaware, 100 S West St, Wilmington, DE 19801-5015 |
| 517153593 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 04 2021 20:30:21 | Credit One Bank Na, Po Box 98873, Las Vegas, NV 89193-8873 |
| 517153594 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 04 2021 20:30:21 | Credit One Bank Na, Po Box 98875, Las Vegas, NV 89193-8875 |
| 517378138 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 04 2021 20:30:31 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517153596 | + | Email/Text: bankruptcy@onlineis.com | Oct 04 2021 20:27:00 | Online Collections, Po Box 1489, Winterville, NC 28590-1489 |
| 518798455 | | Email/Text: peritus@ebn.phinsolutions.com | Oct 04 2021 20:27:00 | PERITUS PORTFOLIO SERVICES II, LLC, LLC/Wollemi Ac, PO BOX 141419, Irving, Tx 75014-1419 |

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 04, 2021 | Form ID: 3180W | Total Noticed: 31 |

| 518798456 | Email/Text: peritus@ebn.phinsolutions.com | Oct 04 2021 20:27:00 | PERITUS PORTFOLIO SERVICES II, LLC, LLC/Wollemi Ac, PO BOX 141419, Irving, Tx 75014-1419, PERITUS PORTFOLIO SERVICES II, LLC, LLC/, PO BOX 141419, Irving, Tx 75014-1419 |
|---|---|---|---|
| 517293117 | EDI: PRA.COM | Oct 05 2021 00:28:00 | Portfolio Recovery Associates, LLC, c/o Barclaycard, POB 41067, Norfolk VA 23541 |
| 517195257 | + EDI: DRIV.COM | Oct 05 2021 00:28:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 517153599 | + EDI: DRIV.COM | Oct 05 2021 00:28:00 | Santander Consumer USA, Po Box 961245, Ft Worth, TX 76161-0244 |
| 517264647 | + EDI: RMSC.COM | Oct 05 2021 00:28:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517153601 | EDI: TDBANKNORTH.COM | Oct 05 2021 00:28:00 | TD Bank, N.A., 32 Chestnut Street, Lewiston, ME 04240 |
| 517153600 | EDI: TDBANKNORTH.COM | Oct 05 2021 00:28:00 | TD Bank, N.A., Attn: Bankruptcy, 32 Chestnut St, Lewiston, ME 04243 |
| 517153603 | EDI: TFSR.COM | Oct 05 2021 00:28:00 | Toyota Motor Credit Co, 4 Gatehall Dr Ste 350, Parsippany, NJ 07054 |
| 517153602 | EDI: TFSR.COM | Oct 05 2021 00:28:00 | Toyota Motor Credit Co, Toyota Financial Services, Po Box 8026, Cedar Rapids, IA 52408 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517153597 | *+ | Online Collections, Pob 1489, Winterville, NC 28590-1489 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2021            Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 4, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bruce H Levitt | on behalf of Debtor George J Droste blevitt@levittslafkes.com sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com;lsbankruptcynotices@gmail.com |
| Denise E. Carlon | |

District/off: 0312-2

User: admin

Page 3 of 3

Date Rcvd: Oct 04, 2021

Form ID: 3180W

Total Noticed: 31

on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Jonathan C. Schwalb

on behalf of Creditor FMJM RWL V Trust 2020-1 bankruptcy@friedmanvartolo.com

Lauren Moyer

on behalf of Creditor CTF Asset Management  LLC nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com

Marie-Ann Greenberg

magecf@magtrustee.com

Melissa S DiCerbo

on behalf of Creditor WVUE 2015-1 nj-ecfmail@mwc-law.com  nj-ecfmail@ecf.courtdrive.com

Rebecca Ann Solarz

on behalf of Creditor Toyota Motor Credit Corporation rsolarz@kmllawgroup.com

Steven Martino

on behalf of Creditor Township of Belleville SteveM@Iacullomartino.com  DawnP@Iacullomartino.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 9