UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Order Filed on October 25, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Case Number: _____

Hearing Date: _____

Judge: _____

Chapter: 13

Recommended Local Form:    ☐ Followed    ☐ Modified

**ORDER TO AVOID LIEN(S) IN A CHAPTER 13 CASE
PURSUANT TO 11 U.S.C. § 522(f)**

The relief set forth on the following page is **ORDERED**.

**DATED: October 25, 2021**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

This matter was presented to the Court by the debtor on a Motion to Avoid Judicial Lien(s) on the property described as _____, and it is hereby

ORDERED that the following judicial lien(s) is (are) avoided (list liens):

1. _____

2. _____

3. _____

and it is hereby further

ORDERED that the debtor may avoid the above referenced lien(s) and have same canceled of record as to the property, provided the debtor is granted a discharge in this chapter 13 case or in a succeeding Chapter 7 case in the event of conversion to Chapter 7 under Title 11 of the United States Code.

*rev.8/1/15*