UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

LEVITT & SLAFKES, P.C.
515 Valley Street - Suite 140
Maplewood, New Jersey 07040
Ph:  (973) 313-1200
Fax: (973) 313-1240
ATTORNEYS FOR DEBTOR
BY: Bruce H. Levitt, Esq. (BL9302)

In Re:

GEORGE  J. DROSTE

Order Filed on October 25, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| Case Number: | 17-32114 |
| Hearing Date: | 10/21/21 |
| Judge: | VFP |
| Chapter: | 13 |

Recommended Local Form:     ☒ Followed     ☐ Modified

# ORDER TO AVOID LIEN(S) IN A CHAPTER 13 CASE
## PURSUANT TO 11 U.S.C. § 522(f)

The relief set forth on the following page is **ORDERED**.

**DATED: October 25, 2021**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

This matter was presented to the Court by the debtor on a Motion to Avoid Judicial Lien(s) on the property described as _____19 Yale Terrace, Belleville, New Jersey 07109_____, and it is hereby

ORDERED that the following judicial lien(s) is (are) avoided (list liens):

1.   _New Century Financial Services, Inc., Judgment no.: J-230546-2008._____

2.   _____

3.   _____

and it is hereby further

ORDERED that the debtor may avoid the above referenced lien(s) and have same canceled of record as to the property, provided the debtor is granted a discharge in this chapter 13 case or in a succeeding Chapter 7 case in the event of conversion to Chapter 7 under Title 11 of the United States Code.

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 17-32114-VFP |
| George J Droste | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 25, 2021 | Form ID: pdf903 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 27, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | George J Droste, 725 Joralemon Street, #288, Belleville, NJ 07109-1433 |
| aty | + | Dell'Italia & Santola, Dell'Italia & Santola, 301 S. Livingtson Avenue, Suite 100, Livingston, NJ 07039-3929 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2021                    Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 25, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bruce H Levitt | on behalf of Debtor George J Droste blevitt@levittslafkes.com sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com;lsbankruptcynotices@gmail.com |
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Jonathan C. Schwalb | on behalf of Creditor FMJM RWL V Trust 2020-1 bankruptcy@friedmanvartolo.com |
| Lauren Moyer | on behalf of Creditor CTF Asset Management  LLC nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |

District/off: 0312-2     User: admin     Page 2 of 2
Date Rcvd: Oct 25, 2021     Form ID: pdf903     Total Noticed: 2

Melissa S DiCerbo
          on behalf of Creditor WVUE 2015-1 nj-ecfmail@mwc-law.com nj-ecfmail@ecf.courtdrive.com

Rebecca Ann Solarz
          on behalf of Creditor Toyota Motor Credit Corporation rsolarz@kmllawgroup.com

Steven Martino
          on behalf of Creditor Township of Belleville SteveM@Iacullomartino.com DawnP@Iacullomartino.com

U.S. Trustee
          USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9