Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

    Case No.: 17−32114−VFP
    Chapter: 13
    Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   George J Droste
   aka George Robert Droste Jr., aka Geoarge
   Droste, aka George R Droste Jr., aka
   George R Droste, aka George Robert
   Droste
   725 Joralemon Street
   #288
   Belleville, NJ 07109

Social Security No.:
   xxx−xx−2572

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>November 1, 2021</u>          <u>Vincent F. Papalia</u>
                                       Judge, United States Bankruptcy Court